1 KEVIN V. RYAN, SBN 118321
United States Attorney
2 JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3 Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-7260
Facsimile: (415) 436-7169
7
Attorneys for Defendant
8

**FILED**

MAY 3 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIAVASH ADIBZADEH,

   Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

   Defendant.

CIVIL NO. 03-04377 VRW

STIPULATION AND ORDER
APPROVING COMPROMISE
SETTLEMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

TONY ARJO
1440 BROADWAY, SUITE 1019
OAKLAND, CA 94612
(510) 451-2334 FAX 2310
tarjo2@aol.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/. This amount includes costs.

Act.

3. Payment of the FOUR THOUSAND DOLLARS ($4,000.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: May 19, 2005

/s/
TONY ARJO
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: May 26, 2005

By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   3 1 MAY 2005

VAUGHN R. WALKER
United States District Judge

ADIBZADEH, EAJA STIP (mc)
C 03-04377 VRW                                      2